IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mario Martinez,<br><br>        Plaintiff,<br><br>vs.<br><br>Ted McDow, et al.,<br><br>        Defendants. | No. CV 1-08-1459-PHX-MHM<br><br>**ORDER** |

Upon stipulation of the parties,

**IT IS ORDERED** dismissing Defendant Jill Kresda from this action without prejudice.

DATED this 5th day of October, 2009.

_____
Mary H. Murguia
United States District Judge