**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO MARTINEZ,<br><br>             Plaintiff,<br><br>vs.<br><br>TED McDOW, DDS and JILL KNESRDA,<br><br>             Defendants. | CASE NO: 1:08-CV-01459-MHM<br><br>**ORDER MODIFYING SCHEDULING ORDER AND REFERRING CASE TO THE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

The Court having considered the stipulation by the parties and good cause appearing,

**IT IS ORDERED** vacating the discovery and dispositve motion dates set forth in the Scheduling Order.

**IT IS FURTHER ORDERED** referring this case to the Voluntary Dispute Resolution Program. If the matter does not resolve, the Court will issue an Amended Scheduling Order.

**IT IS FURTHER ORDERED** directing the parties to inform the Court of the outcome of the dispute resolution program.

DATED this 14th day of June, 2010.

_____
Mary H. Murguia
United States District Judge