IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO MARTINEZ, | Case No. 1:08-CV-1459-MHM |
| Plaintiff, | |
| vs. | |
| TED McDOW, DDS and JILL KNESRDA | <u>ORDER</u> |
| Defendants. | |

Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at the U.S. District Court in San Francisco, on July 22, 2010, at 1:00 p.m.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Nandor J. Vadas on July 22, 2010, at 1:00 p.m. at the US District Court, 450 Golden Gate Avenue, 15th Floor, Courtroom B, San Francisco, California 94102.

2. Parties are to appear with full settlement authority.

///

1

1       3. The parties are directed to provide confidential settlement conference
2 statements to the Honorable Nandor J. Vadas, U.S. District Court-Northern District of
3 California, 514 H Street, Eureka, CA 95502 or via email at NJVpo@cand.uscourts.gov, so that
4 they arrive no later than July 14, 2010.
5     DATED this 22nd day of June, 2010.

_____
Mary H. Murguia
United States District Judge